**HONORABLE LONNY R. SUKO**

William R. Tamayo, Regional Attorney
John F. Stanley, Supervisory Trial Attorney
May Che, Senior Trial Attorney
Carmen Flores, Senior Trial Attorney
Debra A. Smith, Senior Trial Attorney
Jamal Whitehead, Senior Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA 98104
Tel: 206.220.6912
jamal.whitehead@eeoc.gov
Attorneys for Plaintiff

Blanca Rodriguez, WSBA #27745
Graciela Navarro, WSBA #44368
NORTHWEST JUSTICE PROJECT
510 Larson Building
6 S. Second Street
Yakima, WA 98901
Tel: 509.574.4234
Attorneys for Plaintiff-Intervenors

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>and<br><br>GREGORIO AGUILA, *et al.*, | Case No. 11-CV-3093-LRS<br><br>PLAINTIFFS' JOINT MOTION TO EXPEDITE HEARING ON MOTION TO STRIKE EVANS FRUIT'S PLEADINGS FOR VIOLATING EVIDENCE RULE 408 |

PLTFS' MOT. TO EXPEDITE
MOT. TO STRIKE
(11-CV-3093-LRS)–1

|   |   |   |
|---|---|---|
| 1 | Plaintiff-Intervenors, | NOTED: November 9, 2012 at 6:30 p.m. |
| 2 | v. | |
| 3 | EVANS FRUIT CO., INC. | Without Oral Argument |
| 4 | Defendant, | |
| 5 | and | |
| 6 | JUAN MARIN and ANGELITA MARIN, a marital community, | |
| 7 | Defendant-Intervenors. | |

Pursuant to Local Rule 7.1(h)(2)(c), Plaintiff Equal Employment Opportunity Commission and Plaintiff-Intervenors Gregorio Aguila, *et al.* (collectively, "Plaintiffs"), respectfully, and jointly, move this Court for an order waiving the 30-day time requirement for hearing notices, and granting an expedited hearing on Plaintiffs' motion to strike so that it may be heard before Evans Fruit's motion to compel medical records (ECF 117). Good cause exists for the Court to order an expedited hearing, as explained in Plaintiffs' memorandum in support of this motion filed this same day.

DATED this 9th day of November, 2012.

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

| WILLIAM R. TAMAYO | P. DAVID LOPEZ |
|---|---|
| Regional Attorney | General Counsel |

PLTFS' MOT. TO EXPEDITE
MOT. TO STRIKE
(11-CV-3093-LRS)–2

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
*SEATTLE FIELD OFFICE*
909 FIRST AVENUE, SUITE 400
SEATTLE, WASHINGTON 98104-1061
(206) 220-6883

JOHN F. STANLEY
Supervisory Trial Attorney

CARMEN FLORES
Senior Trial Attorney

MAY CHE
Senior Trial Attorney

DEBRA A. SMITH
Senior Trial Attorney

JAMAL N. WHITEHEAD
Senior Trial Attorney

BY:   *s/Jamal Whitehead*
          Jamal Whitehead

*Attorneys for Plaintiffs*

NORTHWEST JUSTICE PROJECT

AND
BY:      *s/ Blanca E. Rodriguez*
          Blanca Rodriguez, WSBA #27745
          Graciela Navarro, WSBA #44368
          Northwest Justice Project
          510 Larson Building
          6 S. Second Street
          Yakima, WA 98901
          Tel: 509.574.4234
          blancar@nwjustice.org

*Attorneys for Plaintiff-Intervenors*

PLTFS' MOT. TO EXPEDITE
MOT. TO STRIKE
(11-CV-3093-LRS)–3

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SEATTLE FIELD OFFICE
909 FIRST AVENUE, SUITE 400
SEATTLE, WASHINGTON  98104-1061
(206) 220-6883

CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2012, I electronically filed the foregoing document titled **"PLAINTIFFS' JOINT MOTION TO EXPEDITE HEARING ON MOTION TO STRIKE EVANS FRUIT'S PLEADINGS FOR VIOLATING EVIDENCE RULE 408"** with the Clerk of the Court using the CMF/ECF system, which will send notice of such filing to the following individuals listed below:

| | |
|---|---|
| Carolyn Cairns | cc@stokeslaw.com |
| Brendan V. Monahan | bvm@stokeslaw.com |
| Justo G. Gonzalez | jgg@stokeslaw.com |
| Sarah L. Wixson | slw@stokeslaw.com |
| STOKES LAWRENCE | |
| VELIKANJE MOORE & SHORE | |
| 120 N. Naches Avenue | |
| Yakima, WA 98901-2757 | |
| Tel: 509.853.3000 | |
| | |
| Christopher J. DeGroff | cdegroff@seyfarth.com |
| Asilia S. Backus | abackus@seyfarth.com |
| Gerald L. Maatman | gmaatman@seyfarth.com |
| SEYFARTH SHAW LLP | |
| 121 South Dearborn Street | |
| Suite 2400 | |
| Chicago, Illinois 60603-5577 | |
| Tel: 312.460.5000 | |
| | |
| Laura J. Maechtlen | lmaechtlen@seyfarth.com |
| SEYFARTH SHAW LLP | |
| 560 Mission Street, Suite 3100 | |
| San Francisco, CA 94105 | |
| Tel: 415.397.2823 | |
| Fax: 415.397.8549 | |

CERTIFICATE OF SERVICE (11-CV-3093-LRS)

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SEATTLE FIELD OFFICE
909 FIRST AVENUE, SUITE 400
SEATTLE, WASHINGTON 98104-1061
(206) 220-6883

*Attorneys for Defendants*

Daniel Robbins Case                              rob@lbplaw.com
LARSON BERG & PERKINS PLLC
105 North 3rd Street
PO Box 550
Yakima, WA 98907
Tel: 509.457.1515

*Attorneys for Defendant-Intervenors*

                                         *s/ Victoria Richardson*
                                         Victoria Richardson
                                         EEOC Paralegal

CERTIFICATE OF SERVICE (11-CV-3093-LRS)

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SEATTLE FIELD OFFICE
909 FIRST AVENUE, SUITE 400
SEATTLE, WASHINGTON 98104-1061
(206) 220-6883