AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

                Plaintiff,

ELODIA SANCHEZ, et al.,

                Plaintiffs-Intervenors,    JUDGMENT IN A CIVIL CASE

     v.

EVANS FRUIT CO., INC.,

                Defendant,    CASE NUMBER: CV-11-3093-LRS

JUAN MARIN AND ANGELITA MARIN, a marital
community,

                Defendants-Intervenors.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant Evans Fruit Co. and Defendants-Intervenors Juan and Angelita Marin are awarded judgment on all the Title VII and WLAD retaliation claims asserted against them pursuant to the Order Re Summary Judgment Motions entered on April 19, 2013, ECF No. [256].

4/19/2013

*Date*

SEAN F. McAVOY

*Clerk*

s/ Cora Vargas

*(By) Deputy Clerk*

Cora Vargas