**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>      Plaintiff,<br><br>  and<br><br>GREGORIO AGUILA, et al.,<br><br>      Plaintiffs-Intervenors,<br><br>  v.<br><br>EVANS FRUIT CO., INC.,<br><br>      Defendant,<br><br>  and<br><br>JUAN MARIN and ANGELITA MARIN, a marital community,<br><br>      Defendants-Intervenors. | NO. CV-11-3093-LRS<br><br>**JUDGMENT IN A CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Pursuant to the Order Re Summary Judgment Motions (ECF No. 279) and the Order Re Motion For Reconsideration (ECF No. 291), Judgment is entered in favor of Defendant Evans Fruit and Defendants-Intervenors Marins on all claims asserted against them by Aurelia Garcia, Wendy Granados, Ambrocio Marin, Cirilo Marin, Angela Mendoza, Francisco Ramos, Elodia Sanchez, Gerardo Silva

and Norma Valdez, whether those claims were asserted on their behalf by Plaintiff EEOC or by them individually as Plaintiffs-Intervenors.  Furthermore, Judgment is entered in favor of Defendants-Intervenors Marins on all claims asserted against them by Plaintiff-Intervenor Gregorio Aguila.

DATED this 21st  day of August, 2013.

SEAN F. McAVOY
District Court Executive/Clerk

by:     s/Cora Vargas
Cora Vargas, Deputy Clerk